IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DR. MANHUA MANDY LIN, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 11-3158 |
| ROHM AND HAAS COMPANY d/b/a DOW ADVANCED MATERIALS, | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 22nd day of May, 2012, upon careful consideration of defendant Rohm and Haas Company's motion for reconsideration (document no. 25), Dr. Manhua Mandy Lin's opposition thereto, and Rohm and Haas's reply, **IT IS HEREBY ORDERED** that the motion is **DENIED**.

Notwithstanding that, because Dr. Lin concedes that one of her breach-of-contract claims is time-barred, **IT IS FURTHER ORDERED** that count III of the complaint is **DISMISSED**, but only insofar as it is based on Rohm and Haas's alleged failure to reimburse Dr. Lin for time and expenses incurred in connection with post-employment services she provided to Rohm and Haas.

    /s/William H. Yohn Jr.
    William H. Yohn Jr., Judge