# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. MANHUA MANDY LIN,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>ROHM AND HASS COMPANY d/b/a<br>DOW ADVANCED MATERIALS,<br><br>　　　　　Defendant. | 2:11-cv-3158-WY |

# ORDER

**AND NOW**, this 14th day of April, 2014, it is **HEREBY ORDERED** that, upon consideration of the defendant's motion for summary judgment (Doc. 81), the plaintiff's response thereto, the defendant's reply, and the plaintiff's surreply, the defendant's motion is **GRANTED IN PART** as follows:

　　1.  Judgment is entered on Count III ("Breach of Contract") and Count IV ("Intentional Interference with Prospective Contractual Relations") in favor of the defendant Rohm and Haas Company d/b/a/ Dow Advanced Materials and against the plaintiff Dr. Manhua Mandy Lin.

　　2.  The motion is otherwise **DENIED.**

　　3.  **TRIAL IS SCHEDULED FOR 7/21/14 AT 10:00 A.M.**

　　　　　　　　　　　　　　　　　　　　s/ William H. Yohn Jr.
　　　　　　　　　　　　　　　　　　　　William H. Yohn Jr., Judge.