# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. MANHUA MANDY LIN,<br><br>    Plaintiff,<br><br>    v.<br><br>ROHM AND HASS COMPANY d/b/a<br>DOW ADVANCED MATERIALS,<br><br>    Defendant. | 2:11-cv-3158-WY |

## ORDER

**AND NOW**, this 16th day of July, 2014, it is **HEREBY ORDERED** that, upon consideration of the defendant's motion for reconsideration of the order of April 14, 2014 (Doc. 126), and the plaintiff's response thereto, the defendant's motion for reconsideration is **DENIED**.

                                            s/William H. Yohn Jr.
                                            William H. Yohn Jr., Judge.