# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. MANHUA MANDY LIN,<br><br>Plaintiff,<br><br>v.<br><br>ROHM AND HAAS COMPANY,<br><br>Defendant. | CIVIL ACTION<br><br>No. 11-3158 |

**ORDER**

AND NOW, this 29th day of September, 2015, after a bench trial and consideration of the parties' submissions of proposed findings of fact and conclusions of law and oral argument, based on the findings of fact and conclusions of law, **IT IS HEREBY ORDERED** that:

1. Judgment is entered in favor of defendant Rohm and Haas Company and against plaintiff Dr. Manhua Mandy Lin on her retaliation claim under Title VII (Count I).

2. Judgment is entered in favor of defendant Rohm and Haas Company and against plaintiff Dr. Manhua Mandy Lin on her retaliation claim under the Pennsylvania Human Relations Act (Count II).

3. The clerk shall mark this case **CLOSED FOR STATISTICAL PURPOSES**.

                                              s/William H. Yohn Jr.
                                              William H. Yohn Jr., Judge